1  **SCHONBRUN SEPLOW HARRIS**
   **HOFFMAN & ZELDES LLP**
2  Helen I. Zeldes (SBN 220051)
   *hzeldes@sshhzlaw.com*
3  Joshua A. Fields (SBN 242938)
   *jfields@sshhzlaw.com*
4  Aya Dardari (SBN 344039)
   *adardari@sshhzlaw.com*
5  501 W. Broadway, Suite 800
   San Diego, CA  92101
6  Telephone: (619) 400-4990

7  *Counsel for Plaintiff Yosuke Hiradate, on behalf himself and all others similarly situated.*

 

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YOSUKE HIRADATE, an individual, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br>vs.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; THE KROGER COMPANY, an Ohio Corporation; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No. 2:22-cv-03593-SSS-PD<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY REQUESTS FROM DEFENDANT THE KROGER COMPANY**<br><br>Judge: Hon. Patricia Donahue<br>Courtroom: 580<br>Date: May 1, 2023<br>Time: 1:30 p.m.<br><br>Discovery Cut-Off: February 16, 2024<br>Pretrial Conference: July 19, 2024<br>Trial Date: August 5, 2024 |

**TO THE HONORABLE COURT AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on May 1, 2023 at 1:30 p.m., or as otherwise scheduled by this Court, before the Honorable Patricia Donahue, in Courtroom 580 of the Roybal Federal Building and United States Courthouse for the Central District of California, Central Division, 255 E. Temple St., Los Angeles, CA 90012, Plaintiff will move to compel further responses from Defendant The Kroger Company to his Interrogatories, Set One, and Requests for Production of Documents, Set One, pursuant to Federal Rules of Civil Procedure, Rule 37.

In accordance with Local Rule 37-1, Plaintiff met and conferred with Defendant several times in good faith to settle their issues with respect to discovery, but were unable to resolve the issues in contention. In accordance with Local Rule 37-2, Plaintiff hereby submits the attached Joint Stipulation, which describes every outstanding discovery issue in dispute, each party's contentions and points and authorities with respect to all outstanding issues in dispute, and how each party proposed to resolve the issues in dispute. The Joint Stipulation also contains a brief introductory statement from each party.

DATED: April 4, 2023

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By: */s/ Joshua A. Fields*
HELEN I. ZELDES
JOSHUA A. FIELDS
AYA DARDARI

*Counsel for Plaintiff Yosuke Hiradate, on behalf himself and all others similarly situated.*