UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSUKE HIRADATE, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; THE KROGER COMPANY, an Ohio Corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-03593-SSS-PDx<br><br>**ORDER RE UNOPPOSED APPLICATION FOR LEAVE TO FILE SETTLEMENT AGREEMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The Court, having considered the Plaintiff's Unopposed Application for Leave to File Settlement Agreement Under Seal Pursuant to Civil Local Rule 79-5, hereby orders as follows:

Plaintiff is **GRANTED** leave to file The Confidential Settlement Agreement and Release attached as Exhibit A to the Fields Declaration under seal.

**IT IS SO ORDERED.**

DATE: July 16, 2024

_____
Hon. Sunshine S. Sykes
United States District Court

1