UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSUKE HIRADATE, an individual, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RALPHS GROCERY COMPANY, an Ohio Corporation; THE KROGER COMPANY, an Ohio Corporation; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-03593-SSS-PD<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL**<br><br>**[F.R.C.P. 41(a)(1)]** |

# [PROPOSED] ORDER

The Court, having considered the Parties' Stipulation of Dismissal, filed on May 17, 2024, hereby orders as follows:

This matter is **DISMISSED WITH PREJUDICE** as to Plaintiff Yosuke Hiradate only and without prejudice as to members of the putative class, and all parties are to bear their own costs and attorney's fees.

The hearing set for July 19, 2024 is **VACATED**.

**IT IS SO ORDERED.**

DATE:  July 17, 2024                    _____

Hon. Sunshine S. Sykes
*UNITED STATES DISTRICT COURT*

1